# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF   NEVADA

JESSICA HUDSON,

      Plaintiff,

v.

SIERRA INTEGRATED MEDICINE, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:16-cv-00639-MMD-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jessica Hudson in the amount of $10,000.00.

May 18, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk